STATE OF NORTH CAROLONA v. GERALD M. SHAFFER

No. 7230SC818

(Filed 20 December 1972)

APPEAL by defendant from *Falls, Judge,* 24 July 1972 Session of Superior Court held in CHEROKEE County.

Defendant appeals from a judgment of imprisonment imposed upon his plea of guilty of possessing, with intent to distribute, a controlled drug, Diphylets (Dextro Amphetamine Sulfate).

*Attorney General Robert Morgan by Deputy Attorney General James F. Bullock for the State.*

*McKeever, Edwards, Davis & Hays by W. Arthur Hays, Jr., for defendant appellant.*

CAMPBELL, Judge.

Upon a proper bill of indictment charging him with possession of a controlled drug, with intent to distribute, the defendant entered a plea of guilty.

The record supports the trial judge's adjudication that defendant's plea of guilty was freely, understandingly and voluntarily made. No error appears in the record. We find and hold that defendant had a fair trial free from prejudicial error.

No error.

Judges BROCK and GRAHAM concur.